IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IRAQ LONDON MONACO, | § | |
| a/k/a Juan Andres Ortiz, | § | |
| a/ka Juan Andres Ortiz Juarez, | § | |
| TDCJ #871392, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-2095 |
| | § | |
| ETHAN A. WESTFALL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum and Order* of even date, this

case is **DISMISSED** with prejudice as frivolous and malicious.

This is a **FINAL JUDGMENT**.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas on **June 22, 2006.**


Nancy F. Atlas
United States District Judge